**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 12-7901**

—————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

THURMAN MORRIS, III, a/k/a Lil Thurm,

                Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:10-cr-00323-BO-1; 5:12-cv-00213-BO)

—————————

Submitted:  January 17, 2013      Decided:  January 23, 2013

—————————

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Thurman Morris, III, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, Tobin Webb Lathan, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thurman Morris, III, appeals the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2012) motion.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the judgment of the district court.  See United States v. Powell, 691 F.3d 554, 560 (4th Cir. 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED